IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 20-0073 |
| | ) | |
| vs. | ) | **SENTENCING** |
| | ) | **MEMORANDUM** |
| | ) | |
| JARED DAILY, | ) | |
| Defendant. | ) | |

The Defendant submits the following memorandum regarding sentencing:

Witnesses:  The Defendant does not anticipate calling any witnesses to testify at the sentencing hearing.

Exhibits:

    a. Letters (9) in Support of Defendant

    b. Glasser, M., Kolvin, I., Campbell, D., Glasser, A., Leitch, I., & Farrelly, S. (2001). Cycle of child sexual abuse: Links between being a victim and becoming a perpetrator. *British Journal of Psychiatry, 179*(6), 482-494.

Sentencing Issues:  Whether the defendant should be granted a downward variance.

Respectfully Submitted:

/s/ *John Bishop*

_____

**JOHN J. BISHOP** AT0000937
222 Third Ave. SE
Suite 299 - Armstrong Center
Cedar Rapids, IA 52401
Phone: (319) 398-0343
Fax: (319) 364-8914
E-mail: jjbishop25@hotmail.com

ATTORNEY FOR DEFENDANT